AO 243 (Rev. 10/07)

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Eastern District of Texas |
|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| Paul E. Thomas | 16-40930 |

| Place of Confinement:  U.S.P Beaumont P.O. Box26030  Beaumont Texas 77720 | Prisoner No.:  13602-078 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| V. | Paul E. Thomas |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: _____

    United States District Court Eastern District of Texas
    Tyler Division

    (b) Criminal docket or case number (if you know): 6;07cr90(02)

2.  (a) Date of the judgment of conviction (if you know):  unknown
    (b) Date of sentencing:  unknown

3.  Length of sentence:  1,392 months

4.  Nature of crime (all counts):  count 1 conspiracy to commit bank robbery
    count2,5,8,12,&16 bank robbery  counts 3,4,6,7,9,10,11,13,14,
    15,17,&18 use and carrying a firearm during a crime of violence

5.  (a) What was your plea?  (Check one)
    (1)  Not guilty  ☒          (2)  Guilty  ☐          (3)  Nolo contendere (no contest)  ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?  n/a

6.  If you went to trial, what kind of trial did you have?  (Check one)          Jury ☒          Judge only ☐

AO 243 (Rev. 10/07)                                                                                                    Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ☐                    No ☒

8.  Did you appeal from the judgment of conviction?      Yes ☒          No ☐

9.  If you did appeal, answer the following:
    (a)  Name of court:  United States Court of Appeals for the Fifth Circuit
    (b)  Docket or case number (if you know):  09-40989
    (c)  Result:  affirmed
    (d)  Date of result (if you know):  24 nov. 2010
    (e)  Citation to the case (if you know):  u. s. v. thomas,627 f 3d. 146 (fifth circuit)
    (f)  Grounds raised:  UNKNOWN

    (g)  Did you file a petition for certiorari in the United States Supreme Court?      Yes ☒          No ☐
         If "Yes," answer the following:
         (1)  Docket or case number (if you know):  10-9939
         (2)  Result:  deied

         (3)  Date of result (if you know):  16 may 2011
         (4)  Citation to the case (if you know):  thomas v. usa,(no.109939 s ct 5-16-11
         (5)  Grounds raised:  don't know

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
     Yes ☒      No ☐

11.  If your answer to Question 10 was "Yes," give the following information:
     (a)  (1)  Name of court:  united states district court for the eastern district of texas,tyler division
          (2)  Docket or case number (if you know):  don't know
          (3)  Date of filing (if you know):  don't know

(4)   Nature of the proceeding: 2255

(5)   Grounds raised: UNKNOWN

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☒

(7)   Result: denied

(8)   Date of result (if you know): 2 oct. 2012

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court:   united states district court for the eastern district

(2)   Docket of case number (if you know): don't know

(3)   Date of filing (if you know): don't know

(4)   Nature of the proceeding: 28 u.s.c. 2255 & 28 u.s.c. 2241

(5)   Grounds raised: don't know

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☒

(7)   Result:  dismissed without prejudice

(8)   Date of result (if you know): 24 nov. 2014

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☐        No ☒

(2)   Second petition:       Yes ☐        No ☒

(d)   If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

first petition,i did not appeal,i relied on the allyne case second petition,i relied on the hughes to become retro and i did not get permission from the fifth circuit

AO 243 (Rev. 10/07)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**  claim of actual innocence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE: memorandums,exhibits a&b , exhibits(1),(1)cont.,&(2)

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? n/a

Yes ☐        No ☐

(2) If you did not raise this issue in your direct appeal, explain why:  n/a

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application? n/a

Yes ☐        No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: n/a

Docket or case number (if you know):  n/a

Date of the court's decision:  n/a

Result (attach a copy of the court's opinion or order, if available):  n/a

(3) Did you receive a hearing on your motion, petition, or application? n/a

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application? n/a

       Yes ☐     No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal? n/a

       Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  n/a _____

_____

Docket or case number (if you know):  n/a _____

Date of the court's decision:  n/a _____

Result (attach a copy of the court's opinion or order, if available):  n/a _____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise the

issue:  n/a _____

_____

_____

_____

_____

**GROUND TWO:** n/a _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue? n/a

       Yes ☐     No ☐

AO 243 (Rev. 10/07)

(2)   If you did not raise this issue in your direct appeal, explain why: n/a _____

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application? n/a

         Yes ☐         No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  n/a _____

Name and location of the court where the motion or petition was filed:  n/a _____

_____

Docket or case number (if you know):  n/a _____

Date of the court's decision:  n/a _____

Result (attach a copy of the court's opinion or order, if available):  n/a _____

_____

(3)   Did you receive a hearing on your motion, petition, or application?  n/a

         Yes ☐         No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?  n/a

         Yes ☐         No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?  n/a

         Yes ☐         No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  n/a _____

_____

Docket or case number (if you know):  n/a _____

Date of the court's decision:  n/a _____

Result (attach a copy of the court's opinion or order, if available):  n/a _____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

issue:  n/a _____

_____

_____

_____

_____

_____

_____

AO 243 (Rev. 10/07)

**GROUND THREE:** n/a

   (a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

   (b) **Direct Appeal of Ground Three:**

     (1)  If you appealed from the judgment of conviction, did you raise this issue? n/a

         Yes ☐     No ☐

     (2)  If you did not raise this issue in your direct appeal, explain why: n/a

   (c) **Post-Conviction Proceedings:**

     (1)  Did you raise this issue in any post-conviction motion, petition, or application? n/a

         Yes ☐     No ☐

     (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: n/a

Name and location of the court where the motion or petition was filed: n/a

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available): n/a

     (3)  Did you receive a hearing on your motion, petition, or application? n/a

         Yes ☐     No ☐

     (4)  Did you appeal from the denial of your motion, petition, or application? n/a

         Yes ☐     No ☐

     (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal? n/a

         Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state: n/a

Name and location of the court where the appeal was filed:  n/a

Docket or case number (if you know):  n/a

Date of the court's decision:  n/a

Result (attach a copy of the court's opinion or order, if available):  n/a

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:  n/a

**GROUND FOUR:**    n/a

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue? n/a

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:  n/a

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application? n/a

Yes ☐        No ☐

AO 243 (Rev. 10/07)

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  n/a

Name and location of the court where the motion or petition was filed:  n/a

Docket or case number (if you know): n/a

Date of the court's decision:  n/a

Result (attach a copy of the court's opinion or order, if available):  n/a

(3)   Did you receive a hearing on your motion, petition, or application?  n/a

      Yes ☐         No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?  n/a

      Yes ☐         No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?  n/a

      Yes ☐         No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  n/a

Docket or case number (if you know):  n/a

Date of the court's decision:  n/a

Result (attach a copy of the court's opinion or order, if available):  n/a

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

issue:  n/a

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:  n/a

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the
     you are challenging?        Yes ☐        No ☒☒

     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

     issues raised.  <u>n/a</u>

     _____

     _____

     _____

     _____

     _____

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     you are challenging:
     (a)  At the preliminary hearing:  <u>wayne dickey and ken hawk public defenders of</u>
     <u>office 110 n. college street 1122 tyler tx. 75702</u>

     (b)  At the arraignment and plea:  <u>same as obove</u>

     (c)  At the trial:  <u>same as obove</u>

     (d)  At sentencing:
                 <u>same as above</u>

     (e)  On appeal:  <u>deborah race 6101 south broadway,suite 500 tyler tx.</u>
     <u>75703</u>

     (f)  In any post-conviction proceeding:  <u>n/a</u>

     (g)  On appeal from any ruling against you in a post-conviction proceeding:  <u>n/a</u>

     _____

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?        Yes ☐        No ☒☒

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?        Yes ☐        No ☒☒

     (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

     _____

     (b)  Give the date the other sentence was imposed:  <u>n/a</u>

     (c)  Give the length of the other sentence:  <u>n/a</u>

     (d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or

     sentence to be served in the future?        Yes ☐        No ☒☒

AO 243 (Rev. 10/07)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
       why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____    my motion has been filed timely _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

  * The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
from the latest of –
    (1)   the date on which the judgment of conviction became final;
    (2)   the date on which the impediment to making a motion created by governmental action in violation of
    the Constitution or laws of the United States is removed, if the movant was prevented from making such
    a motion by such governmental action;
    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
    been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
    review; or
    (4)   the date on which the facts supporting the claim or claims presented could have been discovered
    through the exercise of due diligence.

AO 243 (Rev. 10/07)                                                                                    Page 13

Therefore, movant asks that the Court grant the following relief: set aside the conviction and
_____grant an evidentiary hearing,so that petitioner can further prove_____
_____his actual innocence_____

or any other relief to which movant may be entitled.


                                        n/a
                                        Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____Aug. 30, 2016_____.
                                                                     (month, date, year)


Executed (signed) on __30 Aug 2016__ (date)


                                        Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____

Petitioner,is providing this court with evidence of his inno-
cence,in the form of an "affidavit of confession" by the co
defendant. The affidavit is support of petitioner's claim of
actual innocence,also an affidavit from myself in support to
help prove my actual innocence. Petitioner,retreived the
affidavit from the codefendant as "newly discovered evidence,"
inwhich was not in pettitioner's possession or available to
petitioner before or at the time of his trial. An affidavit
or affidavits are a tool for correctivness,petitioner further-
more provides this court with a statement of facts.That during
petitioner's trial it was revealed that the government did not
or failed to process the firearms for latent prints that would
have proved pettitioner's innocence.Had'nt for the negligence
of the government's actions,the latent print process would have
proved petitioner's innocence. Petitioner's due process rights
was deprived and the rights were so infringed,and was very
vital to petitioner's defense. All the information provided and
presented to this court should be viewed as facts of evidence.
Petitioner has proved that he had no knowledge of the offenses
that he has been convicted of,nor had he had knowledge or
possession of the firearms inwhich he was convicted of. Peti-
tioner believes he has overcome his burdon of proving his inn
cence , which warrants relief that is appropriate from this
court. A factfinder would find it very debatable, based on all
the information that has been provided with this motion. A
prior statement was made by an eye witness by the name of

Peggy Patrick, the eye witness gave discrete discription of the
robber suspect but she was never contacted or interviewed by
my trial attorney. Pettioner was arrested two weeks after the
citizen nat. bank robbery,at the time petitioner's height and
weight was recorded at the county jail. Petitioner's height was
recored at 5ft.tall and 11inches, weight was 205 pounds. Peggy
patrick was present at the time of the robberyand she gave a
decrete discription of the robber suspect. She stated in a prior
statement that the robber suspect was 6ft. 5inches tall and talle
she also gave a discription of the suspects weight stating that
he weighd 250 lbs. .Mrs. Patrick was an extreme potential trial
witness for my defense,this evidence was kept from the jury.
Though this is not an ineffectivness of counsel motion,peti-
tioner is only displaying clarity for this court to view my
claim  with clear understanding. Though my trial attorney had
an obligation to contact witnesses that i discussed with him
on multiple occsions. Another witness by the name of Tonya Hul
let, provided information that was vital to my defense and now
her information supports my claim of actual innocence. She stated
that she had seen an sks assault rifle,aparka,and apair of boots
that the robber was wearing in the servaillence that she viewed
by the government. This and alot more information pertaining to
witness information was apart of the discovery pack that my trial
attorney passed on to petitioner. All of the information i have
provided proves my actual innocence as a whole. The Constitution
of the United States gaurantee's petitioner due process.

*Exhibit (A)*

 14.

 B.   " *Eye Witness*

# CROCKETT POLICE DEPARTMENT
## Handwritten Witness Statement

Complainant _____ Date of Statement **9-21-07**

Witness Name **Peggy Patrick** DOB ▓▓▓▓ Phone ▓▓▓▓

Driver's License # ▓▓▓▓▓▓▓▓ Social Security # ▓▓▓▓▓▓▓

Home Address ▓▓▓▓▓▓▓▓▓▓▓▓▓

Relative's Address _____

Employment **Citizen Nat' Bank** Type of Work **Banking**

Work Address **1320 E Loop 304 Crockett** Work Phone _____

Date & Time of Incident **4:30** Location _____

Suspect Name _____ Address _____

Description of Suspect: Hgt. **6.50** Wgt. **250** Eyes ____ Hair ____ Race ____ ~~Gender~~

DOB ____ Shirt **Black/Blue** Pants ____ Hat **Black** Shoes **Lt Brown Sandles**

Man **6ft 5in** approx. maybe taller came in an
said "Get Down + Stay Down". He walked
over + pointed a gun large black hand gun
at me. He had light brown strap sandels
with white socks. I never saw the
other guy.

Left in 99-98 Chev. Short base
Step side Gray truck.

Exhibit (b)

```
2L01FBTZ .QR.TXFBITY00
FBI/352305MC8.PUR/C.ATN/SA DAVID MOHR.
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 04465469

NAME(S)
THOMAS,PAUL
THOMAS,PAUL EDWARD(AKA)
THOMAS,PAUL EDWARD JR(AKA)
THOMAS,PAUL E(AKA)
```

| FBI NUMBER | DPS NUMBER | |
|---|---|---|
| 352305MC8 | TX 04465469 | |
| | | |
| SOCIAL SECURITY | DRIVERS LICENSE | ID NUMBER |
| 461312016 | 01323285 TX | |
| | | |
| SEX | RACE | SKIN TONE |
| M | B | BLK |
| | | |
| HEIGHT | WEIGHT | DATE OF BIRTH |
| 511 | 205 | 06-09-1967 |
| | | |
| HAIR COLOR | EYE COLOR | FINGERPRINT PATTERN |
| XXX | BRO | PMCO17PMPODIPMPIPIPI |
| | | |
| AFIS FINGERPRINT | RIDGE COUNT | PRIMARY CLASS |

```
HENRY CLASS
17 M 32 -    OOM    CLW
   I 24 -    MII    WWW
```

| PLACE OF BIRTH | CITIZEN | III CODE |
|---|---|---|
| TX | US | SINGLE-STATE |
| | | |
| SCARS, MARKS, AND TATTOOS | | ALIAS DOB |
| TAT L SHLD | | 06-04-1967 |
| TAT R SHLD | | |

```
DNA
N
```

| DATE OF REPORT | ORIGINATION DATE | DATE OF LAST UPDATE |
|---|---|---|
| 06-26-2007 | 03-12-1991 | 10-06-2006 |

```
================================================================
   EVENT CYCLE 1
      ARREST DATE           01-11-1991
      TYPE                  ADULT
      AGENCY                TX2120000 - SMITH CO SO TYLER
      ----------------------------------------------------------
         TRACKING SUFFIX    *001
      ----------------------------------------------------------
```

EXHIBIT (1)

## AFFIDAVIT

I Derrick Hodges Reg. No.14913-078,do attest and affirm under
the penalty of perjury,that the following information is true
and correct to the best of my knowledge.The information comes
as a confession,i have not been threaten nor have i been off-
ered any gifts,it is willfully and voluntary.The government
presented evidence in the form of clothing garments that i was
in complete possession and had complete knowledge of.The clo-
thing garments were a t-shirt,and a pair of tennis shoes that
were used in the 5 dec. 2005 tyler kelly federal credit union
robbery.I had possession of the clothing before,during,and
after the robbery,at no time did paul thomas have knowledge or
possession of the clothing garments.The government also pre-
sented a single .380 live round as part of there evidence wh-
ich also was a part of my possession.The government presented
firearms as evidence inwhich i had complete knowledge and poss
ession of.At no time did my codefendant paul thomas have in
his possession the firearms that the government presented at
trial for the 3 nov. 2006 robbery at bank of america in hen-
derson texas.Paul,Paul thomas had no knowledge of the robbery
and did not participate in any of the robberries that he is
currently convicted of.An associate of mine from the marshall
texas area,we were the only persons that had knowledge and posses
ession of the firearms that were presented at my trial.The gov-
ernment also presented dna evidence from the 22 jun 2007 rob-
bery of the austin bank in troup texas.Asingle head of hair was
extracted from a hat that was left in a getaway vehicle.The gov
ernment used mitochrdria dna (he knew that my codefendant and i
share the same mother parent,but my codefendant and i have a diff
erent father parent).Two facts that the government did not do,
(1)test my dna to the head of hair fragment and (2)use nucleolus
dna testing. The testing would have proved that the hair frag-
ment belonged to me,my codefendant never had the hat in his posse
ssion at anytime.

EXHIBIT (1) cont. Case:6:16-cv-01143-RC-KNM   Document 1   Filed 09/06/16   Page 18 of 21 PageID #: 18

page 2 of 2

AFFIDAVIT (cont.)

I had property as well as access to my codefendant's residence
and storage units and i often occupied the properties.The gov-
ernment found a few small bills of u.s.currency at my codefen
dant's residence,that i had given my neice and nephews for help
ing wash my truck.I then told them to go and put there money
in there bedroom,inwhich they did,the government also con-
fiscated a few u.s. bills from a storage unit that i had placed
there.My codefendant did not have knowledge nor did he have poss
ession of those u.s. currency bills at anytime.The currency was
from citizen nat. bank of crockett in crockett texas.The govern
ment also presented a box of .32 round of ammunition that was in
my possession at the storage unit.At no time did my codefendant
the box of ammunition in his possession at anytime nor did he
have knowledge of the ammunition.The box of .32 round has never
been at paul thomas's residence.Though my trial attorney did not
advice me to testify or admit my guilt previously,i am at this
time.My codefendant paul thomas did not have any involvement in
the robberies inwhich he has been convicted of,he is innocent.
If it becomes neccessary,i will testify in an open court for the
defense of paul thomas.

ANYTHING FURTHER,I SAYTH NOT,

Taken,Sworn,Subscribed before me this 4 day of Jan.2016  Feb

sign: E.C. Valdez
date: 2/4/16

Derrick V. Hodges

Sworn to and Subsrcibed before me this   day of

NOTARY PUBLIC,STATE OF TEXAS
MY COMMISSION EXPIRES:
April 24,2019



E. C. VALDEZ
Notary Public, State of Texas
My Commission Expires
April 24, 2019

EXHIBIT (2)

AFFIDAVIT

I Paul Thomas 13602-078,do attest and affirm under penalty of

perjury,that all of the information is true and correct to the

best of my knowledge. I have not been threaten nor have i

been offered any gifts,for this my information. I had no

knowledge of any of the robberies inwhich i have been con-

victed of. At no time did i posse the firearms nor did i

have knowledge of the firearms the government presented at

my trial.The government also presented a box of .32

round ammunition at my trial that i have never been in poss

ession of,rather it been my residence at 1424 southridge

tyler texas or my persons.My trial attorney illadviced me

to testify in my behave. The government also presented dna

from a hat that was confiscated from one of the crime scenes,

the government used mitochrondria dna testing. My codefendant

and i share the same mother (parent),the government intentionly

neglected to test my codefendant as well as use nucleus dna

testing because he knew that the dna would test positive to my

codefendant. I did not conspire nor did i participate in any

of the robberies.


ANYTHING FURTHER, I SAYETH NOT,

Taken, Sworn, Subscribed before me this 11 day of JAN. 2016

sign _Paul E. Thomas_

_PAUL E. Thomas_

Sworn to and Subscribed before me this 11th day of JAN. 2016

NOTARY PUBLIC, STATE OF TEXAS   _ID#12899328-6_

MY COMMISSION EXPIRES:



KNECO JONES
Notary Public, State of Texas
My Commission Expires
May 18, 2016

RELIEF


Petitioner praise that this court will grant the appropriate
relief ,based on petitioner's constitutional rights. An evi-
dentiary hearing if it is neccessary to further rpove my
actual innocence.



CERTIFICATE OF SERVICE


Ihereby certify that on the 30day of Aug. 2016 a true and cor
rect copy of this motion was mailed to:


            THE UNITED STATES DISTRICT COURT
            OF THE EASTERN DISTRICT OF TEXAS
            TYLER,DIVISION
            211 w. ferguson tyler texas 75702
            room 106




                       Paul E. Thomas
            sign:
            date:30 Aug. 2016

Paul E. Thomas 13602-078

USP Beaumont

P.O. Box 26035

Beaumont, Tx. 77720

EB-4092





CLERK U.S. DISTRICT COURT
RECEIVED
SEP - 6 2016
EASTERN DIST. OF TEXAS

⇔13602-078⇔
Clerk U S District Court
211 W Ferguson ST
106 Federal Bldg.
Tyler, TX 75702
United States